Commonwealth ex rel. Rozier, Appellant, *v.*
Russell.

Submitted March
15, 1965. *Ernest Rozier,* appellant, in propria persona;
*William James Stevens, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,*
First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

Commonwealth ex rel. Sarisky, Appellant, *v.*
Russell.

Submitted March 15,
1965. *Joseph Sarisky,* appellant, in propria persona;
*Sanford S. Marateck,* Assistant District Attorney, and
*H. F. Bonno,* District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., would reverse and remand to the
court below for the appointment of counsel to file additional reasons for a new trial and argument and, in
the event a new trial is denied, to represent the appellant at sentence.

FLOOD, J., absent.